> **APPLICATION GRANTED**
> **SO ORDERED**
> VERNON S. BRODERICK
> U.S.D.J.   03/04/2025
>
> The Court extends its condolences.

Re: *Muslim American Society of Queens, et al., v. U.S. Citizenship and Immigration Services, et al.*, No. 23 Civ. 2867 (VSB)

Dear Judge Broderick:

This Office represents the government in this action, in which plaintiffs seek judicial review of the denials by U.S. Citizenship and Immigration Services ("USCIS") of two Forms I-129, Petitions for a Nonimmigrant Worker, that plaintiff Muslim American Society of Queens filed on behalf of plaintiff Akram Abdelsattar Hassanin Kassab. I write respectfully to request a ten-day extension of the government's deadline to file its reply in support of summary judgment and opposition to plaintiffs' cross-motion for summary judgment and of its opposition to plaintiffs' motion for additional discovery (i.e., from March 3, 2025, to March 13, 2025). After conferring with plaintiffs, I further request a corresponding extension of plaintiffs' deadline to file their reply briefs. The new proposed briefing schedule would be:

- The government's reply in support of its motion for summary judgment and opposition to plaintiffs' cross-motion for summary judgment, and the government's opposition to plaintiffs' motion for additional discovery due by March 13, 2025; and
- Plaintiffs' replies to the government's oppositions due by April 3, 2025.

Pursuant to this Court's order (ECF No. 23), on August 16, 2024, the government filed the certified administrative records of USCIS's decisions on the Forms I-129 that plaintiffs are challenging in this case. ECF Nos. 24, 25. On November 15, 2024, the government filed its motion for summary judgment on all three of plaintiffs' claims. ECF Nos. 32, 33. On January 6, 2025, plaintiffs filed an opposition to the government's motion, a cross-motion for summary judgment on one claim, and a motion for additional discovery relating to the other two claims. ECF Nos. 34, 35, 36. Upon the government's two prior requests, the Court extended the government's deadline to respond to plaintiffs' filings to today, March 3, 2025. ECF Nos. 38, 40. Unfortunately, undersigned counsel has been unexpectedly unavailable since February 28, 2025, while caring for her grandmother, who passed away early this morning. Counsel respectfully seeks another short extension and again apologizes for the timing of this request. This is the government's third request for an extension of its deadline to file its reply in support of summary judgment and opposition to plaintiffs' cross-motion for summary judgment and its opposition to plaintiffs' motion for additional discovery. Plaintiffs consent to this request.

Page 2

I thank the Court for its consideration of this request.

                                                         Respectfully submitted,

                                                         MATTHEW PODOLSKY
                                                         Acting United States Attorney

                            By:   *s/ Courtney E. Moran*
                                                           COURTNEY E. MORAN
                                                          Special Assistant United States Attorney
                                                          86 Chambers Street, 3rd Floor
                                                         New York, New York 10007
                                                         Telephone: (917) 836-0126
                                                         E-mail: courtney.moran@usdoj.gov
                                                         *Attorney for Defendants*

cc: Counsel of record (via ECF)